IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.

ROBERT MICHAEL DORK
  and
LISA NICHOLS
_____/

SUPERSEDING
INDICTMENT
4:19CR37-MW

**THE GRAND JURY CHARGES:**

COUNT ONE

Between on or about July 1, 2018, and on or about February 1, 2019, in the Northern District of Florida and elsewhere, the defendants,

ROBERT MICHAEL DORK
and
LISA NICHOLS,

did knowingly and willfully combine, conspire, confederate, and agree together and with other persons to distribute and possess with intent to distribute a controlled substance, and this offense involved heroin, fentanyl, 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, and 500 grams or more of a mixture and substance containing a detectable amount of

FILED USDC FLND TL
MAY 9 '19 AM9:31

methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

On or about November 1, 2001, **ROBERT MICHAEL DORK** was convicted of Robbery, an offense described in Title 18, United States Code, Section 3559(c)(2), for which he served a term of imprisonment of more than twelve months.

### COUNT TWO

On or about December 7, 2018, in the Northern District of Florida, the defendant,

**ROBERT MICHAEL DORK,**

did knowingly and intentionally distribute a controlled substance, and this offense involved heroin, fentanyl, and 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and 841(b)(1)(C).

### COUNT THREE

On or about January 30, 2019, in the Northern District of Florida, the defendants,

**ROBERT MICHAEL DORK,**

**and**<br>**LISA NICHOLS,**

did knowingly and intentionally distribute a controlled substance, and this offense involved 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

On or about November 1, 2001, **ROBERT MICHAEL DORK** was convicted of Robbery, an offense described in Title 18, United States Code, Section 3559(c)(2), for which he served a term of imprisonment of more than twelve months.

## CRIMINAL FORFEITURE

The allegations contained in Counts One through Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

From their engagement in the violations alleged in Counts One through Three, punishable by imprisonment for more than one year, the defendants,

**ROBERT MICHAEL DORK**<br>**and**<br>**LISA NICHOLS,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections

853(a)(1) and 853(a)(2), all of their interest in:

    A.    Property constituting or derived from any proceeds the defendants obtained directly or indirectly as the result of such violations.

    B.    Property used in any manner or part to commit or to facilitate the commission of such violations.

If any of the property subject to forfeiture as a result of any act or omission of the defendants:

    i.    cannot be located upon the exercise of due diligence;

    ii.    has been transferred or sold to, or deposited with, a third person;

    iii.    has been placed beyond the jurisdiction of this Court;

    iv.    has been substantially diminished in value; or

    v.    has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

A TRUE BILL:

███████████████████
FOREPERSON

5/7/2019
DATE

/s/ Lawrence Keefe
LAWRENCE KEEFE
United States Attorney

/s/ Eric K. Mountin
ERIC K. MOUNTIN
Assistant United States Attorney