# United States District Court
## CRIMINAL MINUTES - SENTENCING

Case No.  4:19cr37-MW              Time Commenced: 2:16 p.m.
Date      March 9, 2020            Time Concluded: 2:39 p.m.

---

PROCEEDINGS: Sentencing Hearing Held.  Defendant sworn.  Defendant sentenced to credit for Time Served as to Counts 1 & 3 to run concurrently.  Sentence to run concurrently with any sentence imposed in state cases 19-CF-36 & 19-CF-1173.  8 years of supervised release as to Counts 1 & 3 to run concurrently.  SMA $200.  No Fine.

---

PRESENT:     HONORABLE CHIEF JUDGE **MARK E. WALKER** Presiding

Deputy Clerk: Victoria Milton McGee       Probation: Cindy Wilson

Court Reporter: Megan Hague               Asst U.S. Attorney: Eric Mountin

---

| U.S.A v | ATTORNEYS FOR DEFENDANT |
|---|---|
| (2) LISA NICHOLS | Richard Greenberg |
| ✓ present  ✓ custody  __ O/R | ✓ present  ✓ apptd.  __ retained |

☒ DFT has read the PSR report and has discussed it with attorney.

☐ Objections were made to the PSR.

☐ Notice of Enhancement filed      ☐ Court Question defendant about prior conviction

☒ DEFENDANT ADJUDICATED GUILTY OF COUNT(S): 1 & 3; SENTENCE IMPOSED:

☒ REMANDED to custody of Bureau of Prisons:
on count(s)   1 & 3   imprisonment for a term of  Time Served
___ imprisonment for a term of __ months
with sentences to run ☒ concurrently or  ☐ consecutively

☒ S/R or PROBATION:
☒ Supervised Release upon completion of term of imprisonment for a period of   8 years as to Counts 1 & 3 to run concurrently.
☐ Probation for a period of ___ years.
☐ Home Detention of _____ months with Electronic Monitoring

☒ FINE PAYMENT: ☒ Fine waived;  ☐ Fine of $____;  ☒ SMA OF $ 200.00 due immediately

☐ RESTITUTION:  Dft is liable for restitution of:
$ made payable to

☐     DFT is jointly and severally liable for restitution with:

☒     FORFEITURE: ☒ No forfeiture order ☐ DFT. to forfeit assets identified in the order

☒     CUSTODY STATUS:

      ☒   DFT committed to the custody of the U.S. Department of Justice.

      ☐   DFT to designated institution at his/her own expense no later than _ on _.

☐     ADDITIONAL RECOMMENDATION:
      ☐   Substance Abuse Treatment while in the custody of BOP
      ☐   Designation near

☒     SPECIAL CONDITIONS OR MODIFICATIONS:
☐     DFT shall cooperate with the US Probation Officer and the DHS regarding Immigration status
☒     DFT shall not own or possess a firearm, dangerous weapon or destructive device.
☒     DFT shall submit to: ☒ testing for the use of drugs or alcohol;
      ☒   Substance abuse treatment as may be directed by US Probation Officer.
      ☒   Mental Health treatment if deemed necessary by the Probation Officer.
☐     DFT shall provide requested financial information to the U.S. Probation Officer.
☐     DFT shall make any unpaid restitution on a payment schedule to be determined by US Probation.
☐     DFT shall notify the probation officer ten days prior to any change of residence or employment.
☐     DFT shall cooperate with the US Probation Officer and/or the appropriate state agency in the establishment and enforcement of child support payments.

☒     ADDITIONAL TERMS: As ordered in the judgment

☐     Remaining count(s) is dismissed on government motion.

☒     Court informs Dft of right to appeal.
      ☐   Dft request that the Clerk of Court file a notice of Appeal on his/her behalf.

PROCEEDINGS:

| Time | Event |
|---|---|
| 2:16 | Court in session<br>Defendant sworn |
| 2:18 | Court confirms no objections to PSR |
| 2:20 | Court reviews sentencing guidelines |
| 2:21 | Statement by Defendant (Nichols) |
| 2:22 | Statement by Defense (Greenberg) |
| 2:26 | Statement by the Government (Mountin) |
| 2:31 | Statement by Defense (Greenberg) |
| 2:33 | Court states sentence that will be imposed with reasoning |
| 2:35 | Ruling by Court: Defendant sentenced to credit for Time Served as to Counts 1 & 3 to run concurrently. Sentence to run concurrently with any sentence imposed in state cases 19-CF-36 & 19-CF-1173. 8 years of supervised release as to Counts 1 & 3 to run concurrently. SMA $200. No Fine. |
| 2:39 | Court adjourned |

Initials of Deputy Clerk: <u>VMM</u>